Ishmywel Gregory
P.O. Box 1240
Columbiana, AL 35051

FILED
2022 AUG 15 A 10:38
[DISTRICT COURT]
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA
   Plaintiff
vs
Ishmywel Gregory
   Defendant.

Case No
NOTICE OF APPEAL

Comes Now the Defendant, Ishmywel Gregory, pro se, and hereby gives notice of appeal from the judgment and sentence imposed by this court on Aug 9, 2022.

Respectfully submitted this 15th day of Aug, 2022

Ishmywel Gregory
*/s/ Ishmywel Gregory*